■ SHAWN SCHRADER, Respondent, v STERLING WINTHROP, INC., et al., Appellants, et al., Defendant. [714 NYS2d 671] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered on or about April 13, 2000, which, *inter alia*, denied the motion by defendant Warner-Lambert Company and the cross motion by defendant Sterling Winthrop, Inc. for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

The opinions of plaintiff's medical experts were sufficient to raise issues of fact as to whether defendants' drugs, ingested by plaintiff's mother during plaintiff's gestation, caused plaintiff's birth defects, and as to whether the warnings contained in Warner-Lambert's drug, Dilantin, were adequate. Concur—Nardelli, J. P., Ellerin, Wallach, Andrias and Saxe, JJ.

■ MARJORIE R. BRAILSFORD et al., Respondents, v VICTOR SORIANO et al., Defendants, and KEVIN REILLEY et al., Appellants. [714 NYS2d 437] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on or about July 8, 1999, which *inter alia*, denied defendant-appellant's motion for summary judgment dismissing the complaint as against him, unanimously affirmed, without costs.

An issue of fact exists as to whether plaintiff sustained a serious injury, within the meaning of Insurance Law § 5102 (d), to her neck and knee as a result of the car accident in question. Concur—Nardelli, J. P., Ellerin, Wallach, Andrias and Saxe, JJ.